**So Ordered.**

**Dated: November 5th, 2015** 

Frederick P. Corbit
Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case No. 15-02600-FPC7 |
| KASANDRA L. GERIMONTE, | |
| Debtor. | |
| NUMERICA CREDIT UNION, | |
| Plaintiff, | Adversary No. 15-80045-FPC |
| v. | **FINDINGS OF FACT AND CONCLUSIONS OF LAW** |
| KASANDRA L. GERIMONTE, | |
| Defendant. | |

THIS MATTER is before the court upon Numerica Credit Union's Motion for Judgment by Default (ECF No 13). Based upon the motion, and upon consideration of the documents and evidence presented, the court makes the following findings and conclusions:

1. Kasandra L. Gerimonte, the defendant, failed to timely answer the complaint of Numerica Credit Union ("Numerica"), and an order of default was entered (ECF Nos. 9 and 10).

FINDINGS OF FACT AND CONCLUSIONS OF LAW – Page 1

2. Numerica submitted declarations setting forth facts on which a judgment can be entered against the defendant (ECF Nos. 7, 14 and 15).

3. A judgment in favor of Numerica should be entered against defendant Kasandra L. Gerimonte.

///End of Findings of Fact and Conclusions of Law///